ACCEPTED
04-14-00551-cv
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
1/20/2015 9:51:38 PM
KEITH HOTTLE
CLERK

## NO. 04-14-00551-CV

### IN THE COURT OF APPEALS
### FOR THE
### FOURTH JUDICIAL DISTRICT OF TEXAS
### SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
01/20/2015 9:51:38 PM
KEITH E. HOTTLE
Clerk

| | | |
|---|---|---|
| PABLO SOLIZ | § | APPELLANT |
| | § | |
| V. | § | |
| | § | |
| | § | |
| STATE OF TEXAS | § | APPELLEE |

### APPEAL FROM 79th JUDICIAL DISTRICT COURT
### BROOKS COUNTY, TEXAS
### TRIAL COURT NO. 14-02-16542-CV

### APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE SUPPLEMENTED BRIEF ADDING CITATIONS TO CLERK'S RECORD

_____

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes, Pablo Soliz, Appellant in the above entitled and numbered cause, by and through his pro bono attorney of record, Rick Soliz, and in reply to this court's order dated January 5, 2015, submits this First Motion for Extension of Time to File Appellant's Supplemented Brief (with citations) and moves for 30 days, until February 19, 2015. In the alternative, 20 days is sought. For good cause, Appellant shows as follows.

1

Appellant's supplemented brief with citations brief is due January 20, 2015. Appellant counsel, a trial attorney, seeks to do the best job possible on the supplemented brief and respectfully requests additional time to perfect the brief. Moreover, the clerk's record was submitted to this Court late, incomplete and defective. The latest and last defect was cured by this Court's staff, on January 14, 2015, by adding numeration in order for all parties to be able to better reference such record. Appellant has provided such corrected copy to appellee's counsel. Appellant did request all records in the matter below in such case this Court found the record useful. This is in spite of the fact that this is only a documentary evidence proceeding below regarding a partial motion for summary judgment.

Additionally, Movant, who maintains a full time solo practice, has been slowed by what should be a temporary illness that required a doctor office visit on January 9, 2015 and subsequent medication. It seems another doctor visit will be necessary this week.

In addition, the undersigned counsel has attended two previously scheduled continuing education seminars during the court ordered timeframe to supplement the brief. One local CLE program for attorneys on January 15, 2015

and one three day, out of town CE program for elected officials on January 16, 2015 through January 18, 2015.

This Motion is not made for delay, but to see that justice is done.

## Prayer

Wherefore, premises considered, Appellant prays that the deadline for filing Appellant's Brief be extended to February 19, 2015.

## Certificate of Service

This is to certify that a true and correct copy of the attached and foregoing document will be served on the Kent Richardson, counsel for Appellee.

Respectfully submitted,
/S/ Rick Soliz
Rick Soliz
T.B.N. 00785013
P.O. Box 4051
Houston, Texas 77210
713-228-1900
jrsoliz@att.net
Attorney for Appellant